

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-7-2012

# USA v. Christopher Wright

Precedential or Non-Precedential: Precedential

Docket No. 09-3467

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Christopher Wright" (2012). *2012 Decisions.* Paper 1359.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1359

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 9, 2012

Nos. 09-3467, 09-3731 & 09-3965

UNITED STATES OF AMERICA

v.

CHRISTOPHER G. WRIGHT,
                                    Appellant (No. 09-3467)
            RAVINDER S. CHAWLA,
                                    Appellant (No. 09-3731)
            ANDREW TEITELMAN.
                                    Appellant (No. 09-3965)

(E.D. Pa. No. 2-08-cr-00450-001/002/004)


Present:       AMBRO, CHAGARES and VANASKIE, Circuit Judges

    1.    Motion by Appellee USA to Amend the Court's Opinion dated January 04,
          2012;  and

    2.    Letter Response by Appellant, Christopher G. Wright, in Opposition to
          Motion to Amend the Court's Opinion dated January 04, 2012.

                                    Respectfully,
                                    Clerk/dwb

_____ **O R D E R** _____

The foregoing motion by Appellee to amend the Court's Opinion dated January 4, 2012 is denied. The letter response construed as a cross-motion by Appellant, Christopher G. Wright in opposition to the motion to amend is granted in part and denied in part. The opinion is amended as follows: on page 10, first full paragraph, lines 6-7, replace "with the intent" with "intending, in exchange for the benefits,".

                        By the Court,

                        /s/ Thomas L. Ambro, Circuit Judge

Dated:   February 7, 2012

Appeal Nos. 09-3467, 09-3731 & 09-3965
USA v. Christopher Wright, Ravinder Chawla and Andrew Teitelman
Page 2

DWB/cc:

    Jennifer A. Williams, Esq.
    Lisa A. Mathewson, Esq.
    Michael J. Bresnick, Esq.
    Peter Goldberger, Esq.
    Ellen C. Brotman, Esq.